IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIE MILTON COTTINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:08-cv-01315-IPJ-JEO |
| ) | |
| MADISON COUNTY JAIL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 1, 2008, recommending that the plaintiff's claims pursuant to 42 U.S.C. § 1983 be dismissed without prejudice as moot and that the plaintiff's claims seeking enforcement of the consent decree in *Marshall v. Whisante,* CV-78-C-5010-NE, be dismissed without prejudice for failing to state a claim upon which relief can be granted.  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, this action is due to be dismissed without prejudice.  A Final Judgment will be entered.

DATED this 23rd  day of December, 2008.

*/s/ Inge Prytz Johnson*
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE